AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Kevin Hassan PROSPERES-Sosa<br><br>Defendant(s) | Case No.  19-471 (CM) |

RECEIVED & FILED
CLERK'S OFFICE
MAR -1 2019
US DISTRICT COURT
SAN JUAN, PR
RAM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 2 and 24, 2019__ in the county of __San Juan__ in the __Judicial__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2261A(2) | Cyberstalking - on February 2, 2019 |
| 18 USC 2261A(2) | Cyberstalking - on February 24, 2019 |
| 18 USC 875(c) | Threatening Interstate Communications |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

The Government requests detention.
Reviewed by: SAUSA Cristina Caraballo-Colón
Authorized on March 1, 2019

☑ Continued on the attached sheet.

_____
Complainant's signature

Alek Pacheco, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/1/19

City and state: San Juan, Puerto Rico

_____
Judge's signature

Hon. Marcos E. López, Magistrate Judge
Printed name and title