## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br><br>**KEVIN HASSAN PROSPERES-SOSA,**<br>*Defendant.* | **INDICTMENT**<br><br>CRIMINAL NO. 19- 174 (DRD)<br><br><br>**VIOLATIONS:**<br>Title 18, *United States Code*, Section 2261A(2)(B)<br>Title 18, *United States Code*, Section 875(c)<br><br>(Three Counts) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Cyberstalking
### (Title 18, *United States Code*, Section 2261A(2)(B))

On or about February 2, 2019, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

### KEVIN HASSAN PROSPERES-SOSA,

the defendant herein, with the intent to harass and intimidate, used an interactive computer service, an electronic communications service and an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, specifically text messages, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a 14-year-old female minor (FM #1). All in violation of Title 18, *United States Code*, Section 2261A(2)(B).

*United States of America v. Kevin Hassan PROSPERES-Sosa*
*Indictment*

## COUNT TWO
### Cyberstalking
### (Title 18, *United States Code*, Section 2261A(2)(B))

On or about February 24, 2019, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

### KEVIN HASSAN PROSPERES-SOSA,

the defendant herein, with the intent to harass and intimidate, used an interactive computer service, an electronic communications service and an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, specifically the Facebook Messaging application, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to an adult female (AF #1). All in violation of Title 18, *United States Code*, Section 2261A(2)(B).

*Continued on Next Page*

2

*United States of America v. Kevin Hassan PROSPERES-Sosa*
*Indictment*

## COUNT THREE
### Threatening Interstate Communications
**(Title 18, *United States Code*, Section 875(c))**

On or about February 24, 2019, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**KEVIN HASSAN PROSPERES-SOSA,**

the defendant herein, did knowingly and willfully transmit, in interstate and foreign commerce, a communication, namely, through the Facebook Messaging application, to an adult female (AF #1), and the communication contained a threat to kidnap and injure AF #1's daughters, specifically, to kidnap, rape and making them disappear. All in violation of Title 18, *United States Code*, Section 875(c).

TRUE BILL

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

José Capó-Iriarte
Assistant United States Attorney
Chief, Criminal Division

**Nicholas W. Cannon**
Assistant United States Attorney
Deputy Chief, Immigration, Cybercrimes
and Child Exploitation Unit

**Cristina Caraballo-Colón**
Special Assistant U.S. Attorney
Immigration, Cybercrimes
and Child Exploitation Unit

3